FILED: October 7, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4527
(1:23-cr-00045-MR-WCM-1)
_____

UNITED STATES OF AMERICA

 Plaintiff - Appellee

v.

ISAIAH JAQJAN FISHER

 Defendant - Appellant

_____

O R D E R
_____

The court appoints the Federal Public Defender for the Western District of North Carolina to represent Isaiah Jaqjan Fisher in this case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk